IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:18CR258 |
| v. | |
| CONNIE ESTRELLA MORENO, | ORDER |
| Defendant. | |

This matter is before the Court on defendant's unopposed Motion to Extend Self Surrender Date (Filing No. 81).

IT IS ORDERED:

1. Defendant Connie Estrella Moreno's Motion to Extend Self Surrender Date (Filing No. 81) is granted;

2. Defendant shall report no later than 2:00 p.m. on Tuesday, February 4, 2020, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 27th day of November, 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge